GOLDSMITH & HULL/File #C-30419
A Professional Corporation
William I. Goldsmith (SBN 82183)
Jack D. Hull           (SBN 91879)
Howard D. Myers   (SBN 41811)
16933 Parthenia Street
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
govdept1@goldsmithcalaw.com

Attorneys For Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: ~~91A-12162~~  12-cv-195 |
| Plaintiff, | RENEWED JUDGMENT [Proposed] |
| v. | |
| RAUL J. SALAZAR, | |
| Defendant. | |

LODGED
CLERK, U.S. DISTRICT COURT
DEC 1 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

    Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Article 2 of the California Code of Civil Procedure, the above named plaintiff, by his attorney, applies for renewal of judgment against defendant, RAUL J. SALAZAR.

    The original judgment, was entered on January 21, 1992. A copy is attached as "Exhibit 1".

    The judgment has not been previously renewed.

    Renewal of money judgment as of December 13, 2011.

    a. Total judgment..................................................$4,462.58

    b. Credits after judgment......................................$     0.00

    c. Subtotal............................................................$4,462.58

1      d. Interest after judgment.........................................$4,780.32
2      e. Fee for filing abstract of judgment.......................$    0.00
3      f. Total renewed judgment.......................................$9,242.90
4  Renewed Judgment to accrue interest at the legal rate until paid

6  Dated: 12/13/2011                       GOLDSMITH & HULL, A P.C.

                                                              William I. Goldsmith
                                                             Attorneys For Plaintiff

11 Dated:_____               CLERK U.S. DISTRICT COURT

**EXHIBIT "1"**

```
 1  LOURDES G. BAIRD
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    ALVAN M. JOFFE
 4  ASSISTANT UNITED STATES ATTORNEY
        312 NORTH SPRING STREET
 5      LOS ANGELES, CA.  90012
        213-894-2470
 6  Attorneys for the Plaintiff
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 21 1992
CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JAN 21 1992
CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO: CV 91A-12162 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFAULT JUDGMENT |
| | ) | |
| RAUL J. SALAZAR, | ) | |
| | ) | |
| Defendant(s). | ) | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from RAUL J. SALAZAR the sum of $1,800.00 as principal, $1,797.13 as accrued prejudgment interest, $457.00 administrative charges, a surcharge of $388.45, and $20.00 costs, for a total amount of $4,462.58, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JAN 21 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____R. L. BYER_____
    Deputy Clerk