GOLDSMITH & HULL/File #C-30419
A Professional Corporation
William I. Goldsmith (SBN 82183)
Jack D. Hull        (SBN 91879)
Howard D. Myers    (SBN 41811)
16933 Parthenia Street
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys For Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

12-cv-195

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: ~~91A-12162~~ |
| Plaintiff, | RENEWED JUDGMENT [Proposed] |
| v. | |
| RAUL J. SALAZAR, | |
| Defendant. | |

LODGED
CLERK, U.S. DISTRICT COURT

DEC 1 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Article 2 of the California Code of Civil Procedure, the above named plaintiff, by his attorney, applies for renewal of judgment against defendant, RAUL J. SALAZAR.

The original judgment, was entered on January 21, 1992. A copy is attached as "Exhibit 1".

The judgment has not been previously renewed.

Renewal of money judgment as of December 13, 2011.

a. Total judgment.................................................. $4,462.58

b. Credits after judgment........................................ $     0.00

c. Subtotal........................................................... $4,462.58

1      d. Interest after judgment.......................................$4,780.32

2      e. Fee for filing abstract of judgment.......................$    0.00

3      f. Total renewed judgment......................................$9,242.90

4  Renewed Judgment to accrue interest  at the legal rate until paid

5

6  Dated:____12/13/2011____             GOLDSMITH & HULL, A P.C.

7

8

9                                      William I. Goldsmith
                                       Attorneys For Plaintiff

10

11  Dated:____1/25/12____

12                                    CLERK U.S. DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "1"

1 │ LOURDES G. BAIRD
    │ United States Attorney
2 │ LEON W. WEIDMAN
    │ Assistant United States Attorney
3 │ Chief, Civil Division
    │ ALVAN M. JOFFE
4 │ ASSISTANT UNITED STATES ATTORNEY
    │    312 NORTH SPRING STREET
5 │    LOS ANGELES, CA.  90012
    │    213-894-2470
6 │ Attorneys for the Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 1 1992

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT

JAN 2 1 1992

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

7 │         UNITED STATES DISTRICT COURT
    │         CENTRAL DISTRICT OF CALIFORNIA

8 │
9 │ UNITED STATES OF AMERICA,   )    CASE NO:  CV 91A-12162
    │                 Plaintiff,  )
    │                             )
10 │         v.                  )    DEFAULT JUDGMENT
    │                             )
11 │ RAUL J. SALAZAR,            )
    │                             )
12 │                 Defendant(s).)
    │                             )
13 │ _____/

14 │     In the above-entitled action, an affidavit on behalf of the

15 │ plaintiff satisfying the requirements of Rule 55 having been filed;

16 │     IT IS ADJUDGED that the United States of America, plaintiff,

17 │ do have and recover of and from RAUL J. SALAZAR the sum of

18 │ $1,800.00 as principal, $1,797.13 as accrued prejudgment interest,

19 │ $457.00 administrative charges, a surcharge of $388.45, and $20.00

20 │ costs, for a total amount of $4,462.58, plus interest at the

21 │ current rate until entry of judgment.

22 │     Judgment to accrue interest at the legal rate until paid.

23 │     DATED:  JAN 21 1992

24 │                              LEONARD A. BROSNAN, CLERK
    │                              U.S. District Court
25 │                              Central District of California

26 │                              By:_____R. L. BYER_____
    │                                  Deputy Clerk
27 │

28 │